DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JAIME VALENCIA


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:04-cr-0299 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | CONTINUING CASE |
| | ) | |
| JAIME VALENCIA, | ) | |
| | ) | Date:  March 7, 2008 |
| Defendant. | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Richard Bender, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the Supervised Release Dispositional Hearing scheduled for March 7, 2008, be continued until March 14, 2008 at 9:00 a.m. at the request of the defense, in order to permit further investigation of a sentencing factor and submission of a sentencing memorandum.

Since this is a supervised release violation matter provisions of the Speedy Trial Act are not implicated by this continuance.

**IT IS SO STIPULATED.**

Dated: March 6, 2008                  /S/ Richard Bender
                                      RICHARD J. BENDER
                                      Richard Bender
                                      Assistant United States Attorney
                                      Counsel for Plaintiff


Dated: March 6, 2008                  /S/ Jeffrey L. Staniels
                                      JEFFREY L. STANIELS
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      JAIME VALENCIA

O R D E R

The above request to reschedule the Dispositional Hearing as to defendant JAIME VALENCIA, until March 14, 2008, is hereby GRANTED.

**IT IS SO ORDERED**

By the Court,

Dated:  March 6, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order                 -2-